# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2009

Marilyn Kelly,
Chief Justice

137092 & (89)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

ELIZABETH DAWE,
      Plaintiff-Appellant/
      Cross-Appellee,

and

BLUE CROSS BLUE SHIELD OF MICHIGAN,
      Intervening Plaintiff,

v

                                    SC: 137092
                                    COA: 269147

DR. REUVAN BAR-LEVAV & ASSOCIATES,
P.C., ESTATE OF DR. REUVAN BAR-LEVAV,
M.D., and DR. LEORA BAR-LEVAV, M.D.,
      Defendants-Appellees/
      Cross-Appellants.

Oakland CC: 2001-036687-NH

_____/

On order of the Court, the application for leave to appeal the July 10, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellants are considered. The application for leave to appeal is GRANTED. The parties shall address whether the 1995 amendment to MCL 330.1946 affected the scope of the statute's application. The application for leave to appeal as cross-appellants remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2009

d0430

Clerk